**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   WESLEY T. HERRMANN

Order Filed on August 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-15490 RG

Hearing Date:  8/19/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 20, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): WESLEY T. HERRMANN

Case No.: 18-15490

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/19/2020 on notice to SCURA WIGFIELD HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must provide the Trustee with a complete copy of their filed 2019 Tax Return (Form 1040, etc.) by 8/26/20 or the case will be dismissed without further notice or hearings to debtor or debtor's attorney and any tax refund in excess of $1,500.00 must be paid into the plan by 9/19/20 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor or debtor's attorney.