Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−15490−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wesley T. Herrmann
   248 Jefferson Ave.
   2nd Floor
   Hasbrouck Heights, NJ 07604

Social Security No.:
   xxx−xx−9106

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      10/7/20
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
$1,530.00

COMMISSION OR FEES
$0

EXPENSES

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 31, 2020
JAN:

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-15490-RG
Wesley T. Herrmann                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 31, 2020
                              Form ID: 137             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2020.
```
db            +Wesley T. Herrmann,   248 Jefferson Ave.,   2nd Floor,   Hasbrouck Heights, NJ 07604-1905
517458890      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
517399694     +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517399695     +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
517399696     +Bureau of Account Management,   3607 Rosemont Ave Ste 502,   Po Box 8875,
                Camp Hill, PA 17001-8875
517399702     +Chase Receivables,   PO Box 659,   Caldwell, NJ 07007-0659
517459279     +Department Stores National Bank,   Citibank, N.A.,   701 East 60th Street North,
                Sioux Falls, SD 57104-0493
518823190     +Deville Asset Management,   PO Box 788,   Kirkland, WA 98083-0788
517399703     +Deville Asset Managemet,   PO Box 788,   Kirkland, WA 98083-0788
517399705     +Extra Space Storage,   74 State Route 17,   Hasbrouck Heights, NJ 07604-2803
517399706     +Fair Collections & Outsourcing,   12304 Baltimore Ave Suite E,   Beltsville, MD 20705-1314
517399707     +Faloni & Associates, LLC,   165 Passaic Ave.,   #301B,   Fairfield, NJ 07004-3592
517399708     +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517399709     +Institute for Advanced Medicine,   PO Box 28083,   New York, NY 10087-8083
517399711     +LabCorp,   PO Box 2240,   Burlington, NC 27216-2240
517399712      Landings Port Imperial d/b/a Equity,   Residential Management, LLC,
                Four Avenue at Port Imperial,   West New York, NJ 07093
517399715     +Lyons, Doughty Veldhuis,   136 Gaither Drive, Ste. 100,   Mount Laurel, NJ 08054-2239
517399716     +Medical Revenue Service,   PO Box 1149,   Sebring, FL 33871-1149
517399717     +Monterey Col,   4095 Avenida De La Plata,   Oceanside, CA 92056-5802
517399718    #+Mount Sinai School of Medicine,   PO Box 808,   Grand Rapids, MI 49518-0808
517399719     +Mount Sinai St. Luke’s,   118 Lukens Drive,   New Castle, DE 19720-2727
517399721     +New Jersey Urology,   1515 Broad Street,   Ste. B130,   Bloomfield, NJ 07003-3085
517399720    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,
                Compliance & Enforcement - Bankruptcy,   50 Barrack St., 9th Fl.,   PO Box 245,
                Trenton, NJ 08695)
517399723     +St. Elizabeth Medical Center,   PO Box 417051,   Boston, MA 02241-7051
517399724    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Mtr,   Toyota Financial Services,   Po Box 8026,
                Cedar Rapids, IA 52408)
518860026      Toyota Lease Trust,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
517476966     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
517399704    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  Elan Financial Service,   Po Box 790084,   Saint Louis, MO 63179)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 01 2020 00:06:51     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 01 2020 00:06:49     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 00:13:03
                Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
517399697     +E-mail/Text: credit@capcomfcu.org Sep 01 2020 00:06:42     Capital Comm Fed Cr Un,
                18 Computor Dr E,   Albany, NY 12205-1289
517399698     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 01 2020 00:13:11     Capital One,
                Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517467847      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 01 2020 00:12:28
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517399699     +E-mail/Text: bankruptcy@cavps.com Sep 01 2020 00:07:06     Cavalry Portfolio Services,
                Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
517492946     +E-mail/Text: bankruptcy@cavps.com Sep 01 2020 00:07:06     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
517399700     +E-mail/Text: MSpadoni@centurybank.com Sep 01 2020 00:06:42     Century Bank,   376 Mystic Ave,
                Medford, MA 02155-6316
517958054      E-mail/Text: bnc-quantum@quantum3group.com Sep 01 2020 00:06:44
                Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
517399710     +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 01 2020 00:06:20     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
517399701      E-mail/PDF: ais.chase.ebn@americaninfosource.com Sep 01 2020 00:13:09     Chase Card Services,
                Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850
517551561      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2020 00:12:05
                LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517399714     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2020 00:12:03
                LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Aug 31, 2020
                              Form ID: 137               Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517523857         +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2020 00:06:49     Midland Funding LLC,
                    PO Box 2011,   Warren, MI 48090-2011
517399722          E-mail/Text: bcwrtoff@cablevision.com Sep 01 2020 00:07:26     Optimum,   6 Corporate Drive,
                    Melville, NY 11747
517523554          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2020 00:12:32
                     Portfolio Recovery Associates, LLC,   C/O U.S. Bank National Association,   POB 41067,
                     Norfolk VA 23541
517556506         +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 01 2020 00:07:01     Premier Bankcard, Llc,
                    Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517401467         +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2020 00:13:03     Synchrony Bank,
                    c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517399713          Landlord
517556507*        +Premier Bankcard, Llc,   Jefferson Capital Systems LLC Assignee,   Po Box 7999,
                    Saint Cloud Mn 56302-7999
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2020 at the address(es) listed below:
```
              David L. Stevens    on behalf of Debtor Wesley T. Herrmann dstevens@scura.com,
               ecfbkfilings@scuramealey.com;lrichard@scura.com;mduran@scura.com;vmajano@scura.com;martinezcr9387
               8@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```