| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Wesley T. Herrmann**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9106<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–15490–RG | | |

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Wesley T. Herrmann

<u>7/27/23</u>                                                         **By the court:** <u>Rosemary Gambardella</u>
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-15490-RG
Wesley T. Herrmann  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jul 27, 2023  Form ID: 3180W  Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wesley T. Herrmann, 248 Jefferson Ave., 2nd Floor, Hasbrouck Heights, NJ 07604-1905 |
| 517399700 | + | Century Bank, 376 Mystic Ave, Medford, MA 02155-6316 |
| 519943826 | + | Century Bank and Trust Company, Mary V. Spadoni VP, PO Box 302, Medford, MA 02155-0993 |
| 517399702 | + | Chase Receivables, PO Box 659, Caldwell, NJ 07007-0659 |
| 517399705 | + | Extra Space Storage, 74 State Route 17, Hasbrouck Heights, NJ 07604-2803 |
| 517399707 | + | Faloni & Associates, LLC, 165 Passaic Ave., #301B, Fairfield, NJ 07004-3592 |
| 517399709 | + | Institute for Advanced Medicine, PO Box 28083, New York, NY 10087-8083 |
| 517399712 | + | Landings Port Imperial d/b/a Equity, Residential Management, LLC, Four Avenue at Port Imperial, West New York, NJ 07093-8347 |
| 517399719 | + | Mount Sinai St. Luke's, 118 Lukens Drive, New Castle, DE 19720-2727 |
| 517399721 | + | New Jersey Urology, 1515 Broad Street, Ste. B130, Bloomfield, NJ 07003-3085 |
| 517399723 | + | St. Elizabeth Medical Center, PO Box 417051, Boston, MA 02241-7051 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: RMSC.COM | Jul 28 2023 00:27:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517458890 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 20:47:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517399694 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 20:58:31 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517399695 | + | EDI: TSYS2 | Jul 28 2023 00:27:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517399696 | + | Email/Text: Bankruptcy@BAMcollections.com | Jul 27 2023 20:38:00 | Bureau of Account Management, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 517399697 | + | Email/Text: credit@capcomfcu.org | Jul 27 2023 20:38:00 | Capital Comm Fed Cr Un, 18 Computor Dr E, Albany, NY 12205-1289 |
| 517399698 | + | EDI: CAPITALONE.COM | Jul 28 2023 00:27:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517467847 | | EDI: CAPITALONE.COM | Jul 28 2023 00:27:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |

Case 18-15490-RG    Doc 70    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc Imaged
                          Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 3180W | Total Noticed: 47 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 517399699 | + Email/Text: bankruptcy@cavps.com | Jul 27 2023 20:38:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 517492946 | + Email/Text: bankruptcy@cavps.com | Jul 27 2023 20:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517459279 | + EDI: CITICORP.COM | Jul 28 2023 00:27:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517958054 | EDI: Q3G.COM | Jul 28 2023 00:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518823190 | + EDI: Q3G.COM | Jul 28 2023 00:27:00 | Deville Asset Management, PO Box 788, Kirkland, WA 98083-0788 |
| 517399703 | + EDI: Q3G.COM | Jul 28 2023 00:27:00 | Deville Asset Managemet, PO Box 788, Kirkland, WA 98083-0788 |
| 517399706 | + Email/Text: bankruptcy@fco.com | Jul 27 2023 20:38:00 | Fair Collections & Outsourcing, 12304 Baltimore Ave Suite E, Beltsville, MD 20705-1314 |
| 517399708 | + EDI: AMINFOFP.COM | Jul 28 2023 00:27:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517399710 | + EDI: IRS.COM | Jul 28 2023 00:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517399701 | EDI: JPMORGANCHASE | Jul 28 2023 00:27:00 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517399711 | Email/Text: govtaudits@labcorp.com | Jul 27 2023 20:38:00 | LabCorp, PO Box 2240, Burlington, NC 27215 |
| 517551561 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 20:47:22 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517399714 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 20:58:24 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517399715 | + Email/Text: BKNotice@ldvlaw.com | Jul 27 2023 20:38:00 | Lyons, Doughty Veldhuis, 136 Gaither Drive, Ste. 100, Mount Laurel, NJ 08054-2239 |
| 517399716 | + Email/Text: MDSBankruptcies@meddatsys.com | Jul 27 2023 20:37:00 | Medical Revenue Service, PO Box 1149, Sebring, FL 33871-1149 |
| 517523857 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2023 20:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517399717 | + Email/Text: bankruptcynotification@montereyfinancial.com | Jul 27 2023 20:37:00 | Monterey Col, 4095 Avenida De La Plata, Oceanside, CA 92056-5802 |
| 517399722 | Email/Text: bcwrtoff@cablevision.com | Jul 27 2023 20:39:00 | Optimum, 6 Corporate Drive, Melville, NY 11747 |
| 517523554 | EDI: PRA.COM | Jul 28 2023 00:27:00 | Portfolio Recovery Associates, LLC, C/O U.S. Bank National Association, POB 41067, Norfolk VA 23541 |
| 517556506 | + EDI: JEFFERSONCAP.COM | Jul 28 2023 00:27:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517399720 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 27 2023 20:37:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 517401467 | + EDI: RMSC.COM | Jul 28 2023 00:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517399724 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 27 2023 20:38:00 | Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517476966 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |

Case 18-15490-RG    Doc 70    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 3180W | Total Noticed: 47 |

| Recip ID | Bypass Reason | Notice Sent Date/Time | Name and Address |
|---|---|---|---|
|  |  | Jul 27 2023 20:37:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518860026 | Email/PDF: bncnotices@becket-lee.com | Jul 27 2023 21:12:43 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517399704 | EDI: USBANKARS.COM | Jul 28 2023 00:27:00 | Elan Financial Service, Po Box 790084, Saint Louis, MO 63179 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517399713 |  | Landlord |
| 519972969 | *+ | CENTURY BANK AND TRUST COMPANY, MARY V. SPADONI VP, P.O. BOX 302, MEDFORD, MA 02155-0993 |
| 517556507 | *+ | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517399718 | ##+ | Mount Sinai School of Medicine, PO Box 808, Grand Rapids, MI 49518-0808 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Wesley T. Herrmann dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4